SAM GLASSCOCK III

**COURT OF CHANCERY
OF THE
STATE OF DELAWARE**

COURT OF CHANCERY COURTHOUSE
34 THE CIRCLE
GEORGETOWN, DELAWARE 19947

Date Submitted: August 17, 2023
Date Decided: August 17, 2023

Stephen C. Norman, Esquire
David A. Seal, Esquire
Callan R. Jackson, Esquire
Charles R. Hallinan, Esquire
POTTER ANDERSON
& CORROON LLP
1313 N. Market Street
Hercules Plaza, 6th Floor
Wilmington, DE 19899

Alan D. Albert, Esquire
O'HAGAN MEYER PLLC
800 N. King Street, Suite 303
Wilmington, DE 19801

Andrew L. Cole, Esquire
COLE SCHOTZ P.C.
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801

Re: *Global Discovery Biosciences Corp. v. Harrington, et al.*, Civil Action No. 2022-1132-SG

Dear Counsel:

This brief Letter Opinion memorializes my August 17, 2023 bench ruling in which I denied Defendants' motion to dismiss with respect to Counts VIII, I, II, V, and VI without prejudice to Defendants' ability to argue that the latter four counts are partially preempted by the Delaware Uniform Trade Secrets Act.

As I requested, the parties should submit brief supplemental memorandum regarding the basis of the bankruptcy court's consideration of the bad faith of Global Discovery's bankruptcy filing, by the end of business day on August 23, 2023. The motion to dismiss will be fully submitted upon receipt of these supplemental memorandum.

To the extent the foregoing requires an Order to take effect, IT IS SO ORDERED.

Sincerely,

*/s/ Sam Glasscock III*
Vice Chancellor